YALE-NEW HAVEN HOSPITAL *v.* WILLIAM MATTHEWS ET AL.

The defendants' motion for leave to amend his petition for certification pursuant to § 746 of the Practice Book is granted.

*Bruce A. Morrison,* in support of the motion.

Submitted March 12—decided March 19, 1975

STATE OF CONNECTICUT *v.* HENRY A. McCLAIN

The defendant's pro se motion "Affidavit in Support of Motion to Accept Layman's Appeal Brief As Is and Grant Appeal on the Full Record" is denied in the absence of a finding.

*Henry A. McClain,* pro se, in support of the motion.

Submitted March 13—decided March 19, 1975

NORWALK FEDERATION OF TEACHERS ET AL. *v.* NORWALK BOARD OF EDUCATION

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Emanuel Margolis,* for the appellees (plaintiffs).

*Daniel E. Reed, Jr.,* for the defendant (appellant).